**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Matthew Robert HENDRICKSON,**
**Defendant–Appellant.**

**No. 14–50902**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 18, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Richard Gale Ferguson, Esq., Waco, TX, for Defendant–Appellant.

Matthew Robert Hendrickson, Fort Worth, TX, pro se.

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Matthew Hendrickson has moved for leave

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Hendrickson has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

Before HIGGINBOTHAM, CLEMENT, and HIGGINSON, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.